**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

ARETHA WILEY                                                                                        PLAINTIFF

v.                                          CIVIL ACTION NO. 3:24-cv-00124-CWR-ASH

CENTENE CORPORATION                                        DEFENDANT

**NOTICE OF SERVICE OF DEFENDANT CENTENE CORPORATION'S
RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to L.U. Civ. R. 5(d)(3), Defendant Centene Corporation ("Defendant") hereby gives notice that, on December 20, 2024, it served on Plaintiff's counsel of record Defendant's Responses to Plaintiff's First Set of Interrogatories via electronic mail.

Defendant Centene Corporation is retaining the original of the document identified above and hereby acknowledges its responsibilities as the custodian of the original of that document.

                                               Respectfully submitted,

                                               */s/ Matthew G. Gallagher*
                                               Matthew G. Gallagher (MS Bar No. 103159)
                                               Littler Mendelson, P.C.
                                               One Commerce Square
                                               40 S. Main Street, Suite 2500
                                               Memphis, TN 38103
                                               Telephone: (901) 322-1226
                                               Facsimile: (901) 531-8478
                                               Email: mgallagher@littler.com

                                               Counsel for Defendant Centene Corporation

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and exact copy of the foregoing document has been filed with the Court through the Court's Electronic Case Filing System, through which service was made on this the 23rd day of December, 2024, upon the following:

  E. Taylor Polk, Esq. (MS Bar No. 103653)
  HEILMAN NISBETT POLK, P.A.
  Meadowbrook Office Park
  4266 I-55 North, Suite 106
  Jackson, MS  39211
  Telephone:   (601) 914-1025
  Facsimile:     (601) 944-2915
  Email: tpolk@hnplawyers.com

  Attorneys for Plaintiff

              */s/ Matthew G. Gallagher*